UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Orlando Division

**GERMAINE BROOKS**

    **Plaintiff,**

  vs.                                                           Case No. 6:25-cv-00744

**FULL SAIL UNIVERSITY LLC**

    **Defendant.**

    _____/

## NOTICE OF REMOVAL

Defendant, FULL SAIL UNIVERSITY LLC ("Full Sail" or the "University"), by and through its undersigned counsel, hereby files this Notice of Removal (the "Notice") of the action pending in the Ninth Judicial Circuit in and for Orange County, Florida. In support of this Notice, Full Sail states as follows:

**BACKGROUND AND TIMELINESS OF REMOVAL**

1.    Plaintiff, GERMAIN BROOKS ("Brooks"), commenced an action against Full Sail in the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2025-CA-3022-O. All pleadings and papers that have been filed and served in that action are attached to this Notice as **Exhibit 1**.

1

2. Full Sail was served with the Complaint on April 9, 2025, and, therefore, this Notice is timely filed within 30 days of Full Sail's receipt of the Complaint, as required under 28 U.S.C. § 1446(b)(1). No further proceedings have been held herein, nor have any other pleadings or papers been filed other than those attached hereto as **Exhibit 1**.

## GROUNDS FOR REMOVAL — FEDERAL QUESTION

3. This Court has original jurisdiction over the action pursuant to 28 U.S.C. § 1331, which gives federal district courts original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. According to Brooks' Complaint[1], his sole claim against Full Sail arises under Title VII of the Civil Rights Act of 1964 ("Title VII"). Title VII, in relevant part, prohibits discrimination in employment and retaliation against employees who engage in protected activity related to such discrimination. *See* 42 U.S.C. § 2000e-2.

5. Brooks' Complaint appears to include two counts. Count I is a claim for alleged race discrimination in employment, while Count II is a claim for unlawful retaliation. Brooks brings both Counts under Title VII.

---

[1] Brooks filed his Complaint using a form for Federal Civil Cases.

6. Thus, because both counts in the Complaint arise under Title VII, which is "a law of the United States," this Court has federal question jurisdiction over the same pursuant to 28 U.S.C. § 1331.

**PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN MET**

7. Based on the above, this is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and consequently that may be removed to this Court by Full Sail pursuant to 28 U.S.C. § 1441(a).

8. This action was originally brought in Orange County, Florida, which is located within the Middle District of Florida, Orlando Division. Therefore, venue is proper because the action is being removed to the district court of the United States for the "district and division embracing the place where such action is pending" or should be pending, as required by 28 U.S.C. § 1441(a).

9. Full Sail has given written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and is contemporaneously filing a copy of this Notice of Removal with the Clerk of the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida.

10. By filing this Notice of Removal, Full Sail does not waive and expressly reserves all rights, claims, and defenses, including, without limitation, all defenses relating to jurisdiction, venue, service of process, and personal jurisdiction.

**WHEREFORE**, Full Sail requests that the above-described action now pending in the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida be removed therefrom to this Court.

Dated: April 29, 2025

Respectfully submitted,

*/s/ Mary Caroline Cravatta*

Larry S. Perlman
Florida Bar No. 91934
lperlman@foley.com
FOLEY & LARDNER LLP
90 Park Avenue
38th Floor
New York, NY 10016
Telephone: (212) 338-3482

Mary Caroline Cravatta
Florida Bar No. 125712
mcravatta@foley.com
FOLEY & LARDNER LLP
301 E. Pine Street
Suite 1200
Orlando, FL 32801
Telephone: (407) 423-7656

***Counsel for Defendant Full Sail, Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on April 29, 2025, a copy of the foregoing was electronically filed via CM/ECF and sent to Plaintiff via e-mail:

Germaine Brooks
1400 Prince Philip Dr.
Casselberry, Florida 32707
Germaine.brooks941@gmail.com

*Plaintiff*

> */s/ Mary Caroline Cravatta*
> Mary Caroline Cravatta