UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERMAINE BROOKS,

    Plaintiff,

v.                                                                     Case No: 6:25-cv-744-JSS-RMN

FULL SAIL UNIVERSITY,

    Defendant.
_____/

## ORDER

    Upon review, Plaintiff has failed to fully comply with the court's Order to Show Cause (Dkt. 12) directing Plaintiff to show cause why the case should not be dismissed for failure to file a Notice of Pendency of Other Actions and a Disclosure Statement. Plaintiff was warned that failure to comply with the court's Order may result in dismissal of the case without further notice. Plaintiff failed to file a Notice of Pendency of Other Actions and a Disclosure Statement, and the time to do so has now passed.

    Therefore, it is **ORDERED** that this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close the file. Upon filing (1) a motion to reopen the case establishing good cause and (2) the documents required by the court's Order, this case may be reopened.

    **ORDERED** in Orlando, Florida on July 7, 2025.

                                                              JULIE S. SNEED
                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party